RECEIVED

UCT 1 8 2023

BY MAIL

IN THE UNITED STATE DISTRICT COURT

FOR THE ~~EASTERN~~ DISTRICT OF ~~MISSOURI~~ ILLINOIS
        Southern        ILLINOIS
              SAINT LOUIS

DANIEL R MCMAHAN,
        Plaintiff,                    )
                                      )
                                      )
Vs.                                   )         23-3448-NJR
                                      )
                                      )    Case no _____
                                      )
officer Bolock and,                   )
                                      )
officer Furguson,                     )
                                      )
at The Pulaski County Jail et, al     )
        Defendants.                   )

CIVIL RIGHTS COMPLAINT UNDER BIVENS/ 42 USC § 1983

COMES NOW Daniel McMahan hereinafter known as Plaintiff and hereby brings This Civil Lawsuit/and/or Civil Complain pursuant to Bivens V. Six unknown agents and/or actors doing their duties under color of law at the Pulaski County Jail located in ULLin ILLinois. IN Support of this Complaint Plaintiff States:

1. Statement of Claim # 1. OFFICER Bolock and officer Ferguson failed to Provide the Plaintiff with a Safe environment du to The threat of Sexual assault after plaintiff ask numerous officers for Protective Custody. These officers just Laughed and put plaintiff back in the "2 man" Cell Containing two bunk beds and three days Later Plaintiff was Sexually assaulted and went to the hospital on 09/25/2023 a rape kit was taken. It should be noted that "3" inmates were being housed in cell 1 E-Pod and the assual on Plaintiff occorred when the Third Inmate was taken out for his Shower which Lasted about thirty minutes.

2. Statement of Claim #2. OFFICER at the jail violate my due process right to Send and recieve Legal mail by Throwing documents marked "Legal Mail" in the trash and/or returning it telling plaintiff That no mail Can be Sent Sealed. and UCC and DtD are not done in accordance with BoP Policy and procedure. Constituting Malicious Prosecution.

3. Statement of Claim #3 Plaintiff was given Sixty eight days 68 days in SHU because a third party inmate came forward to tell Staff that an assault occurred in the next Cell over from his. the alleged Victum, mr. Mace Novich didn't bring forth the complaint. This is clearly malicious prosecution.

WHEREFORE, Plaintiff prays this Honorable Court will award him 250,000.00 Two hundred and fifty Thousand dollars for punitive damages and the Same for pain and Suffering. Totalling 250,000.00 in damages Plaintiff further prays this Court will allow this civil Rights Complaint to Survive according to the rules PLRA because the jails Staff will not allow him access to file any grievances. Plaintiff remains in fear for his life and another attack on his person is a real possibility.

Daniel McMahan
Respectfully Submitted

CERTIFICATE of Service

I Daniel McMahan State under penalty of perjury that all Statement in the above document are true and correct to the best of my ability. Plaintiff further requests that the Clerk of Court send a return Copy "Stamped filed" to the address below and one to his permant Address in case of transfer

Daniel McMahan 35035044
Signature of Pro'se Litigent

Plaintiff's Permant address
Daniel McMahan
# 49 Cedar field Dr
Pacific MO 63069

Pulaski County Jail
# 30 Justice Drive
ULLIN ILL 62992

Exibt A

### Report all Assaults

If you become a victim of a sexual assault, you should report it immediately to any staff person you trust, to include housing officers, chaplains, medical staff or supervisors. Staff members keep the reported information confidential and only discuss it with the appropriate officials on a need to know basis. If you are not comfortable reporting the assault to staff, you have other options:

> Write a letter reporting the sexual misconduct to the Officer in Charge. To ensure confidentiality, use special mail procedures.
> File an Emergency Grievance- You can utilize the facility kiosk or tablet in order to process.
> Write to the Illinois Coalition For Sexual Abuse/Assault, which investigates allegations of staff misconduct.

### Next Steps after reporting a Sexual Assault

You will be offered immediate protection from the assailant, and you will be referred for medical examination and clinical assessment. You do not have to name the offender(s) or staff member who assaulted you to receive assistance, but specific information may make it easier for staff to help you. You will continue to receive protection from the assailant, whether or not you have identified your attacker or agree to testify against them. It is important that you do not shower, wash, drink, change clothing or use the bathroom until evidence can be collected.

### The Medical Exam

Medical staff will examine you for injuries, which may or may not be readily apparent to you and will gather physical evidence of assault. Bring the clothes and underwear that you had on at the time of the assault to the medical exam with you. You will be checked for the presence of physical evidence which supports your allegation. With your consent, a medical professional will perform a pelvic and/or rectal examination to obtain samples of or document the existence of physical evidence such as hair, body fluids, tears or abrasions, which remain after the assault. This physical evidence is critical in corroborating the sexual assault and in identifying the assailant. Trained personnel will conduct the exam privately and professionally.

### Understanding the Investigative Process

Once the misconduct is reported, the appropriate law enforcement agency will conduct an investigation. The purpose of the investigation is to determine the nature and extent of the misconduct. You may be asked to give a statement during the investigation. If criminal charges are filed, you may be asked to testify during the criminal proceedings. Any offender who alleges that he or she has been sexually assaulted shall be offered immediate protection and will be referred for a medical examination.

### The Emotional Consequences of Sexual Assaults

It is common for victims of sexual assault to have feelings of embarrassment, anger, guilt, panic, depression, and fear even several months or years after the attack. Other common reactions include loss of appetite, nausea or stomachaches, headaches, loss of memory and/or trouble concentrating and changes in sleep patterns. Emotional support is available from the facility's mental health and medical staff, and from the chaplains. Also, many offenders who are at high risk to sexually assault others have often been sexually abused themselves. Mental health services are available to them also.

Sexual assaults can happen to anyone; any gender, age, race, ethnic group, socioeconomic status, sexual orientation, or disability. Sexual assault is not about sex; it is about POWER and CONTROL. All reports are taken seriously. Your safety and the safety of others is the most important concern. For everyone's safety, incidents, threats, or assaults must be reported.

---

**The information, rules and regulations contained in this handbook are by no means all-inclusive. The fact that a rule or regulation may not be included herein is in no way to be understood that a rule or regulation does not exist and/or is not published elsewhere.**

Dear Clerk I had Filed This
orginally in The wrong VENUE

Please file this in your Court


Sincerely yours

Daniel McMahan

Ps I will Send a Forma
paperies and other info in
a seperate Letter.

Daniel McmIchaol 35083 04
Pulaski County Jail
#20 Justice Dr.
Lilin ILL 62992

SAINT LOUIS MO 630

18 OCT 2023PM 4L

UNITED STATES POSTAGE

PITNEY BOWES

$ 000.63⁰

02 1P
0002727051    OCT 17 2023
MAILED FROM ZIP CODE 62992

MAIL CLEARED
US MARSHALS

Clerk of Court
US Dist. Courthouse
For The Southern Dist of ILLinois
750 Missouri Ave
East Saint Louis  ILL 62201

Legal
mail

62201-295431



Legal

Mail

RECEIVED
OCT 20 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE