UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

*Daniel McMahan*
Plaintiff(s)

vs.

Case Number: 23 cv 03448 NJR

*Cozmos Bullock et al*
Defendant(s)

## MOTION FOR RECRUITMENT OF COUNSEL

**NOTE: Failure to complete all items in this form may result in the denial of this motion.**

1. I, *Daniel McMahan*, am the (check appropriate box) [✓] plaintiff [ ] defendant in this case, I am unable to afford the services of an attorney, and I ask the Court to recruit counsel to represent me in this case. I understand that the Court will attempt to recruit counsel to represent me only if certain criteria are met.

2. I have tried to find an attorney to take my case by doing the following: **(Describe in detail everything you have done to try to get an attorney to take your case so the judge can determine whether you have made a reasonable effort to obtain representation and attach copies of any documents which show you have tried to find an attorney – use additional pages if necessary.)** *I called and made contact with 10 lawyers See attchment*

   In spite of my efforts, I have been unable to find an attorney, because: *no one wants to sue law officers and because of my poverty*

3. Check the appropriate box:
   [✓] I am not now, and previously have not been, represented by an attorney recruited or appointed by the Court in this or any other civil or criminal case before this Court.
   [ ] I am now, or previously have been, represented by an attorney recruited or appointed by the Court in the case(s) described on the next page.

4.  Check the appropriate box:
    - [ ] I have attached to this motion an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.
    - [x] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is a true and correct representation of my current financial status.
    - [ ] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, but my financial status has changed. I have attached an Amended Application to Proceed *In Forma Pauperis* showing my current financial status.

5.  The highest level of education I have completed is (check appropriate box):
    - [ ] Grade school only
    - [ ] Some high school
    - [x] High school graduate
    - [ ] Some college
    - [ ] College graduate
    - [ ] Post-graduate

6.  I believe that I am not able to represent myself, because
    - [ ] English is not my primary language (**check only if applicable**); and/or
    - [ ] I cannot speak, write, and/or read English very well because (**check only if applicable and explain**):
    - [x] Other (**please explain**): Unable to get documents from defendants and have no access to case law, or investigators

7.  Finally, I state that I am taking the following medications (list all medications or attach a list on a separate sheet): Cleric Cancer medication

8.  As indicated in paragraph three on the first page of this motion, an attorney has represented me in the following cases before this Court (attach additional pages, if necessary):

| Assigned Judge: NONE | Case Number: |
|---|---|
| Case Title: | |
| Attorney Name: | |
| If this case is still pending, please check box [ ] | |

| Assigned Judge: | Case Number: |
|---|---|
| Case Title: | |
| Attorney Name: | |
| If this case is still pending, please check box [ ] | |

I declare under penalty of perjury that the foregoing is true and correct.

_Daniel McMahan_  
Movant's Signature

_49 Cedar Field Dr_  
Street Address

_June 18 2024_  
Date

_Pacific MO 63069_  
City, State, Zip



Daniel McMahan
Plaintiff
#49 Cedar field Dr
Pacific Mo 63069

Office of The Clerk
United States District Courthouse
For The Southern Dist of Illinois
East Saint Louis Ill
750 missouri Ave
East Saint Louis Il 62201

MAIL CLEARED
US MARSHALS

RECEIVED

JUN 26 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE