IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS DIV.

DANIEL MCMAHAN,
Plaintiff

VS

Case No 23-cv-03448/NJR

OFFICER BULLOCK and
FERGUSON, et, al,
Defendant(s)

## SECOND MOTION FOR APPOINTMENT OF COUNSEL

Comes Now Daniel McMahan, Plaintiff Hereinafter known as Plaintiff Respectfully moves This United States District Court To Grant Appointment of Counsel in The above Case Caption. In Support of Plaintiffs Motion He hereby states The Following.

1. Plaintiff, First Filed his Complaint While incarcerated. Policy Grants The inmate access To Critical Tools To effectively Research, Draft and Submit documents Well as The Simple access to the Courts.

1.

2. Plaintiff has came as far as he can with trying to litigate his case. But the opposing counsel mailed out two seperate notices of uncoming depositions and both times the letters came a day after the Deposition. Opposing Counsel also refused to turn over discovery documents after request.

3. Plaintiff has spoken with several lawyers by phone and has been unsuccessful in obtaining Representation. and the case has become to complicated for a person not in prison to effectively proceed without the help of proffessional counsel.

WEREFORE, Plaintiff prays this Honorable Court will GRANT appointment of counsel for the reasons stated above.

Respectfully Submitted
David M Mullen

2.

## CERTIFICATE OF SERVICE

I Daniel McMahan Hereby States under Penalty of Prejury That the above motion is True and Correct Filed This 5th day of April 2025

~~Signature~~

Signature of Plantiff
David McMahan



U.S. POSTAGE PAID
FCM LG ENV
UNION, MO 63084
APR 08, 2025
$1.77
R2304H108003-95

Retail
RDC 99
62201

MAIL CLEARED
US MARSHALS

McMahan
Field Dr.
Pacific MO 63069

Clerk of Court
For
THE UNITED STATES District Court
Southern District of Illinois
750 Missouri Ave
East Saint Louis IL
62201

RECEIVED
APR 11 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE